Case 4:21-cr-00492   Document 1   Filed on 10/14/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED
*October 14, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. 21- |
| v.  § | |
| § | Count 1: 18 U.S.C. § 1343 |
| TOAN T. TRAN, § | (Wire Fraud) |
| Defendant. § | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

4:21-cr-492

COUNT ONE

Wire Fraud

18 U.S.C. § 1343

From on or about February 23, 2018, within the Southern District of Texas,

**TOAN T. TRAN,**

did knowingly devise and intend to devise a scheme and artifice to defraud B.N. by means of materially false and fraudulent pretenses and representations, namely by misrepresenting the defendant Tran's available funds and causing B.N. to issue cashier's check ending in xxxx2053 from his bank located in Houston, TX to a third-party account to whom the defendant's company owed money, thereby causing these funds to be transmitted from computer servers located in Houston, Texas to Wells Fargo Bank computer servers located in San Francisco, California, and back again to computer servers located in Houston, Texas, in interstate commerce in furtherance of executing the scheme.

In violation of Title 18, United States Code, Section 1343.

## NOTICE OF CRIMINAL FORFEITURE

### (18 U.S.C. § 982(a)(7); 18 U.S.C. § 981(a)(1)(C))

Pursuant to Title 18, United States Code, Section 982(a)(7), the United States gives notice that upon Defendant's conviction of any wire fraud offense charged in this Information, the United States will seek forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of such offenses.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), the United States gives notice that upon Defendant's conviction of any wire fraud offenses charged in this Information, the United States intends to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offenses.

## MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States gives notice that it will seek a money judgment against the Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the Defendant up to the amount of the money judgment.

JENNIFER B. LOWERY
Acting United States Attorney

By:  *Thomas Carter*
Thomas Carter
Assistant United States Attorney
713-567-9470